IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD STANLEY VERNE,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3404

Opinion filed August 19, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Donald Stanley Verne, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.